

RECEIVED
APR 27 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

ALEXANDRIA DIVISION

| | |
|---|---|
| TYRONZIA HICKS | CIVIL ACTION NO. 10-0137 |
| VERSUS | U.S. DISTRICT JUDGE DEE D. DRELL |
| CHARLES JONES, et al | U.S. MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge filed previously herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

**IT IS ORDERED** the motion to remand is GRANTED and this case is remanded to the 12th Judicial District Court, Parish of Avoyelles.

**THUS DONE AND SIGNED**, in chambers, in Alexandria, Louisiana, on this 27th day of April, 2010.

Dee D. Drell
**UNITED STATES DISTRICT JUDGE**